THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAINHOUSE HOMEOWNERS ASSOCIATION,<br><br>                        Plaintiff,<br>          v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                        Defendant. | CASE NO. C16-1457-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to continue Defendant's pending motion for summary judgment (Dkt. No. 28). Pursuant to Federal Rule of 56(d), the Court concludes Plaintiff has shown that, for specified reasons, it cannot present facts essential to justify its opposition to the pending motion for summary judgment. Therefore, the motion to continue is GRANTED. The Court directs the Clerk to RENOTE Defendant's motion for summary judgment (Dkt. No. 24) for May 19, 2017. Plaintiff's opposition is due on May 15, 2017. Defendant's reply is due May 19, 2017.

//

//

MINUTE ORDER C16-1457-JCC
PAGE - 1

1       DATED this 29th day of March 2017.

2                                               William M. McCool
                                                Clerk of Court
3
                                                s/Paula McNabb
4                                               Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER C16-1457-JCC
PAGE - 2