THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAINHOUSE HOMEOWNERS ASSOCIATION A.K.A. MAIN HOUSE ONE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and Illinois Corporation; STATE FARM FIRE & CASUALTY, and Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | CASE NO. C16-1457-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set additional pre-trial deadlines (Dkt. No. 42). Finding good cause, the Court GRANTS the motion and ORDERS the following additional pre-trial deadlines:

1. Discovery Cut-Off                                                October 30, 2017
2. Expert disclosures per CR 26(a)(2)                September 6, 2017
3. Supplemental expert disclosures                   October 6, 2017

4.  Deadline for Hearing Dispositive Motions	December 1, 2017

5.  Deadline for filing Motions in Limine	February 16, 2018

All other dates in the Court's previously issued trial schedule (Dkt. No. 40) shall remain as set.

DATED this 1st day of September 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
