THE HONORABLE MARSHA J. PECHMAN
Trial Date: April 9, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAINHOUSE HOMEOWNERS ASSOCIATION A.K.A. MAIN HOUSE ONE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; STATE FARM FIRE & CASUALTY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:16-cv-01457-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT ALLSTATE INSURANCE COMPANY<br><br>NOTED FOR MOTION: October 12, 2017 |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the Plaintiff and Defendant Allstate Insurance Company that all of Plaintiff's claims in this action against Defendant Allstate Insurance Company shall be dismissed with prejudice and without costs.

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT ALLSTATE INSURANCE
COMPANY (Cause No. 2:16-cv-01457-MJP) – 1

| | |
|---|---|
| 1 | DATED this <u>12th</u> day of October, 2017. |
| 2 | |
| 3 | |
| 4 | |
| 5 | By <u>s/*Alfred E. Donohue   and Brian Buron*</u> |
| 6 | Alfred E. Donohue, WSBA # 32774 |
| | Brian Buron, WSBA # 27206 |
| 7 | Wilson Smith Cochran Dickerson |
| | 901 5th Avenue, Suite 1700 |
| 8 | Seattle, WA 98164 |
| | Phone: 206-623-4100 |
| 9 | Fax: 206-623-9273 |
| | Email: Donohue@wscd.com |
| 10 | *Of Attorneys for Defendant Allstate Insurance* |
| 11 | *Company* |
| 12 | |
| 13 | DATED this <u>6th</u> day of October, 2017. |
| 14 | |
| 15 | By <u>*s/Daniel Stein and Justin D. Sudweeks*</u> |
| | Daniel Stein, WSBA # 48739 |
| 16 | Justin D. Sudweeks, WSBA # 28755 |
| | Stein, Sudweeks & Houser, PLLC |
| 17 | 2701 1st Ave., Suite 430 |
| | Seattle WA 98121 |
| 18 | Phone: 206-388-0660 |
| 19 | Fax: 206-286-2660 |
| | Email: dstein@condodefects.com |
| 20 | jsudweeks@condodefects.com |
| 21 | *Of Attorneys for Plaintiff* |

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that the Plaintiff's claims as against Defendant Allstate Insurance Company in this action are dismissed with prejudice and without costs.

DATED this 12th day of __October__, 2017

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

By s/*Alfred E. Donohue and Brian Buron*
    Alfred E. Donohue, WSBA # 32774
    Brian Buron, WSBA # 27206
    Wilson Smith Cochran Dickerson
    901 5th Avenue, Suite 1700
    Seattle, WA 98164
    Phone: 206-623-4100
    Fax: 206-623-9273
    Email: Donohue@wscd.com
    *Of Attorneys for Defendant Allstate Insurance Company*


Approved as to form; notice of presentation waived:

By *s/Daniel Stein and Justin D. Sudweeks*
    Daniel Stein, WSBA # 48739
    Justin D. Sudweeks, WSBA # 28755
    Stein, Sudweeks & Houser, PLLC
    2701 1st Ave., Suite 430
    Seattle WA 98121
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: dstein@condodefects.com
          jsudweeks@condodefects.com
    *Of Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served via CM/ECF the foregoing document on:

**Attorneys for Plaintiff**
Daniel S. Houser
Jerry H. Stein
Daniel Stein
Jessica R. Burns
Justin D. Sudweeks
Stein, Sudweeks & Houser, PLLC
2701 1st Ave., Suite 430
Seattle WA 98121

**Attorney for Defendant State Farm**
Michael S. Rogers
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161

**SIGNED** this 12th day of October, 2017, at Seattle, Washington.

*s/Peggy Jolly*
Peggy Jolly