HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAINHOUSE HOMEOWNERS ASSOCIATION aka MAIN HOUSE ONE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>Defendants. | NO. 2:16-cv-1457-MJP<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: OCTOBER 30, 2017 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that plaintiff's claims against defendant State Farm Fire and Casualty Company shall be dismissed with prejudice and without fees or costs awarded to either party.

//

//

//

//

//

STIPULATED MOTION FOR DISMISSAL – 1
[Case No. 2:16-cv-1457-MJP]

DATED this 30th day of October, 2017.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Justin D. Sudweeks*
Daniel Stein, WSBA 48739
Justin D. Sudweeks, WSBA 28755
Stein, Sudweeks & Houser PLLC
Attorneys for Plaintiff
2701 First Avenue, Suite 430
Seattle WA 98121
206.388.0660 – Phone
206.286.2660 – Fax
jsudweeks@condodefects.com

IT IS SO ORDERED.

DONE this 31st day of October, 2017.

Marsha J. Pechman
United States District Judge

STIPULATED MOTION FOR DISMISSAL – 2
[Case No. 2:16-cv-1457-MJP]